# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | No. 1:12-cr-00150-YK-1 |
| **v.** : | |
| : | (Judge Kane) |
| **ERIC J. JOHNSON,** : | |
| **Defendant** : | |
| : | |

## ORDER

**AND NOW**, on this 30th day of June 2014, **IT IS HEREBY ORDERED THAT**

Defendant's motion to withdraw his plea of guilty (Doc. No. 57) is **DENIED.**

                                           S/ Yvette Kane
                                           Yvette Kane, District Judge
                                           United States District Court
                                           Middle District of Pennsylvania