AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

__Middle__ District of __Pennsylvania__

United States of America
v.
Eric J. Johnson

Case No: 1:CR-12-150-01

USM No: 70717-067

Date of Original Judgment: 08/01/2014
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

James V. Wade, Esq.
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __200__ months **is reduced to** __188 months__.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __08/01/2014__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 4/27/16

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Yvette Kane, United States District Judge
*Printed name and title*