IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC JOHNSON, : | |
|    Petitioner : | |
| : | No. 1:12-cr-150 |
| v. : | |
| : | (Judge Kane) |
| UNITED STATES OF AMERICA, : | |
|    Respondent : | |

## ORDER

**AND NOW**, on this 22nd day of May 2017, **IT IS ORDERED THAT:**

1. Petitioner Eric Johnson's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (Doc. No. 98), is **DENIED**;

2. A certificate of appealability **SHALL NOT ISSUE**; and

3. The Clerk of Court is directed to close the case.

                                          s/ Yvette Kane
                                          Yvette Kane, District Judge
                                          United States District Court
                                          Middle District of Pennsylvania